CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC - 4 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AL-QAHIRA JIHAD AL-MATEEN BAKRA,<br>    Plaintiff,<br><br>v.<br><br>MOSBY G. PERROW, et al.,<br>    Defendants. | Civil Action No. 7:15-cv-00528<br><br>MEMORANDUM OPINION<br><br>By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

Al-Qahira Jihad Al-Mateen Bakra[1], a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 naming three defendants: state court judge Mosby G. Perrow, the Virginia Department of Corrections, and state prosecutor Jannell Johnson. Plaintiff seeks damages and the return of someone else's confiscated property as a result of allegedly being unlawfully incarcerated past his release date.

Section 1983 requires a showing of personal fault on the part of a defendant either based on the defendant's personal conduct or another's conduct in execution of the defendant's policies or customs. Fisher v. Washington Metro. Area Transit Author., 690 F.2d 1133, 1142-43 (4th Cir. 1982), abrogated on other grounds by Cnty. of Riverside v. McLaughlin, 500 U.S. 44 (1991). However, Plaintiff does not describe any act or omission by a defendant and, consequently, fails to state a claim upon which relief may be granted. Accordingly, I dismiss the complaint without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1).

ENTER: This 4th day of December, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge

---

[1] Bakra was formerly known as Mark Edward Robinson.